JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 22, 2011

Check No. 2027178

Check Amount: $429.18

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40096-R | 00017 | MICHAEL ARTHUR ROUSH | 20 | 3322 | 7.47 | 0.00 | 7.47 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS LLC <br> P. O. BOX 953185 <br> SAINT LOUIS, MO 63195-3185 | | | | | |
| 06-40096-R | 00036 | MICHAEL ARTHUR ROUSH | 9 | 241 | 6.44 | 0.00 | 6.44 |
| | | Original check written to: <br> GRAYSON CABLEROCKET, LLC <br> P. O. BOX 2084 <br> POTTSBORO, TX 75076 | | | | | |
| 06-40096-R | 00066 | MICHAEL ARTHUR ROUSH | 8 | 2678 | 10.82 | 0.00 | 10.82 |
| | | Original check written to: <br> TV CABLE OF GRAYSON COUNTY <br> P. O. BOX 2084 <br> POTTSBORO, TX 75076 | | | | | |
| 06-40332-R | 00024 | KELLY L. GRADY | 2 | XXXXXIDED | 177.19 | 1.18 | 178.37 |
| | | Original check written to: <br> WELLS FARGO AUTO FINANCE <br> P. O. BOX 29705 <br> PHOENIX, AZ 85038-9705 | | | | | |
| 07-50135-R | 00002 | ROBERT L. SPRINGER, SR. & BONNIE M. SPRINGER | 3 | XXXXX2828 | 0.00 | 14.37 | 14.37 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS LLC <br> P. O. BOX 953185 <br> SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-40122-R | 00012 | MICHAEL S. MCGUGIN | 7 | 7635 | 7.88 | 0.00 | 7.88 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS LLC <br> P. O. BOX 953185 <br> SAINT LOUIS, MO 63195-3185 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 22, 2011

Check No. 2027178

Check Amount: $429.18

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40122-R | 00016 | MICHAEL S. MCGUGIN | 6 | 1736 | 8.42 | 0.00 | 8.42 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-40386-R | 00015 | JIMMY L. & BARBARA J. STITES | 4 | XXXXX5161 | 17.77 | 0.00 | 17.77 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-40386-R | 00016 | JIMMY L. & BARBARA J. STITES | 5 | 8880 | 18.59 | 0.00 | 18.59 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-50049-R | 00031 | CURTIS G. & ROBBIE D. CAMPBELL | 5 | XXXXX7864 | 16.88 | 0.00 | 16.88 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-41617-R | 00031 | EDWARD L. & MYRETA J. JOHNSON | 8 | 6198 | 97.51 | 0.00 | 97.51 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-43276-R | 00008 | CHARLES G & REBECCA L MCKINLEY | 5 | XXXXX0820 | 36.34 | 0.00 | 36.34 |
| | | Original check written to:<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 22, 2011

Check No. 2027178

Check Amount: $429.18

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43452-R | 00010 | MARZELL HOWARD | 24 | 5433 | 4.03 | 0.00 | 4.03 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS LLC <br> P. O. BOX 953185 <br> SAINT LOUIS, MO 63195-3185 | | | | | |
| 08-43452-R | 00032 | MARZELL HOWARD | 9 | 1092 | 4.29 | 0.00 | 4.29 |
| | | Original check written to: <br> JEFFERSON CAPITAL SYSTEMS LLC <br> P. O. BOX 953185 <br> SAINT LOUIS, MO 63195-3185 | | | | | |
| | | | **TOTALS** | | **$413.63** | **$15.55** | **$429.18** |